UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Robert S. Bennett, Nachael Foster, Andrew Bayley and others similarly situated §§§ **Plaintiffs** §§§ vs. §§§ State Bar of Texas aka the "Texas Bar" § (and culpable officials within it) **Defendants** | **CIVIL ACTION 4:21-cv-2829** **CLASS ACTION COMPLAINT** |

**MOTION FOR A CONTINUANCE REGARDING
THE NOVEMBER 5TH, 2021 PRETRIAL & SCHEDULING CONFERENCE**

1. Come now the Plaintiffs through legal counsel Rich Robins and represent as follows:

2. There is an (apparently auto-generated) pretrial & scheduling conference scheduled in this case for Friday, November 5th, 2021.

3. Plaintiffs' counsel Robins requests that it be postponed, *please* and shows as follows.

**FACTS**

4. After months of cordial interaction with Texas' Office of the Attorney General (OAG), it has recently become sufficiently apparent (and understandably so) that they are not particularly interested in accepting service of our lawsuit or in representing the Texas Bar in this case. Our lawsuit is, after all, pursued against the same Texas Bar regarding which the OAG filed a pair of (fabulous) amicus briefs in the *McDonald v. Longley* litigation which the Texas Bar ultimately lost

1

at the federal appellate level on July 2nd, 2021.  *See McDonald v. Longley*, 4 F.4th 229 (5th Cir. 2021).   Our class action lawsuit is based, in part, on the OAG's truly outstanding work.

5. Meanwhile *at least* 75% of Texas Bar workers are reportedly doing so remotely due to COVID 19.   It is therefore not easy serving any of them.

6. Compounding matters, Texas' Secretary of State reportedly does not include the Texas Bar in its database.   It is consequently not altogether clear whom we could serve so as to sufficiently bind an organization that clings so much to purported sovereign immunity.  We continue researching the matter diligently but it is worth noting that the Texas Bar is not an ordinary government agency, either.   Instead it is a public corporation and an administrative agency of the Texas judiciary.  TEX. GOV'T CODE  §81.011.  Their website apparently does not say who may accept service of a lawsuit.

7. The *McDonald v. Longley* plaintiffs and their very impressive legal counsel apparently sued dozens of insiders of the Texas Bar.   Subsequently they received authorization from the Defendants not to have to keep serving new and incoming board of directors members.   We would prefer to serve a sufficient quantity of parties without serving more than necessary.   If the Texas Bar Defendants might be interested in contacting Attorney Robins directly, this would of course be highly welcome as well as efficiency-maximizing.   His contact data is located below and he sincerely prides himself on being as charming as is feasibly possible whenever dealing with honest, well-meaning people.

8. During the past two months, Attorney Robins has e-mailed different lawyers at the Texas Bar in search of relevant cooperation, but he has not received any response from them.   Hopefully they have all survived the COVID 19 hazards though.

9. Encouragingly, the Texas Bar's website has our class action prominently uploaded to it, and has for over two months.   One can confirm this by searching for the word "Bennett" in its "Mandatory Dues" section which is linked from the front page of TexasBar.com.

    https://www.texasbar.com/Content/NavigationMenu/McDonald_et_al_v_Longley_et_al1/default.htm

    Possession of a lawsuit *apparently* does not constitute sufficient service, though.

10. The federal court's law library here in Houston is poised to reopen to the public sometime later this month after having been closed to the public for nearly 2 years. Attorney Robins looks forward to resuming with seeking (always much-appreciated) enlightenment there.

11. Incidentally, we know we will modify the petition soon, in accordance with evolving facts and jurisprudence. It would seemingly be inconsiderate of us to serve a lawsuit on the Defendant(s) only to swiftly file another and make them have to read a subsequent one, too. We prefer to be more considerate than that.

12. Attorney Robins is certainly willing to attend this Friday's pretrial & scheduling conference hearing but he wants to avoid ex parte communications so it seems best to reschedule it, please.

## ARGUMENT & AUTHORITIES

13. Federal Rule of Civil Procedure 6(b) and other authorities allow the Court to extend deadlines for good cause. We submit that the abovementioned facts show that good cause exists.

## CONCLUSION & PRAYER

14. Plaintiffs' counsel Robins respectfully requests that this Friday's pretrial & scheduling conference (set for November 5th, 2021) *please* be postponed. It seems ideal to reschedule it after the Defendants have been successfully served.

DATED: November 3rd, 2021    **Respectfully submitted**,

**Rich Robins**
**Robins Legal Services, LLC**
Federal registration #: 00789589
Texas state bar #:   00789589
2450 Louisiana St. #400-155
Houston, TX 77006
(832) 350-1030 Tel.
Rich@TexasBarSunset.com
www.TexasBarSunset.com

By: _____
    Rich Robins
    Attorney-In-Charge

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| Robert S. Bennett, Nachael Foster, Andrew Bayley and others similarly situated § § § **Plaintiffs** § § § vs. § § § State Bar of Texas aka the "Texas Bar" § (and culpable officials within it) **Defendants** | **CIVIL ACTION 4:21-cv-2829** <br><br><br> **CLASS ACTION COMPLAINT** |

## ORDER

The status conference scheduled for November 5th, 2021 has been postponed. A new scheduling date will emerge after the Defendants are successfully served.

Signed on _____ at Houston, Texas.       _____
                                                Honorable Alfred H. Bennett
                                                United States District Judge

## CERTIFICATE OF CONFERENCE

I, Rich Robins, do hereby certify that (as far as I know) there is not yet an opposing counsel designated for the Defendants. This certificate of conference is therefore admittedly lacking in substance.

Defendant(s):

**State Bar of Texas** aka the "Texas Bar"
Texas Law Center
1414 Colorado Street
Austin, Texas 78701

By: _____
    Rich Robins
    Attorney In Charge

## CERTIFICATE OF SERVICE

    I, Rich Robins, do hereby, certify that by November 9th, 2021, we aspire to send a true and correct copy of the above and foregoing motion for a continuance to the Defendant State Bar of Texas aka the "Texas Bar" at:

**State Bar of Texas** aka the "Texas Bar"
Texas Law Center
1414 Colorado Street
Austin, Texas 78701

                                               By: _____
                                                          Rich Robins
                                                    Attorney In Charge