United States District Court
Southern District of Texas
**ENTERED**
November 04, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Robert S. Bennett, Nachael Foster, §
Andrew Bayley and others similarly situated §
§ CIVIL ACTION 4:21-cv-2829
**Plaintiffs** §
§
§
vs. §
§
§ **CLASS ACTION COMPLAINT**
State Bar of Texas aka the "Texas Bar" §
(and culpable officials within it)

**Defendants**

## ORDER AND NOTICE OF RESETTING

Before the Court is Plaintiffs' Motion for Continuance Regarding November 5th, 2021 Pretrial & Scheduling Conference (the "Motion"). Doc. #5. Having reviewed Plaintiff's arguments and the applicable law, the Court hereby GRANTS the Motion. Counsel and all parties appearing *pro se* shall appear for an initial pretrial and scheduling conference before

JUDGE ALFRED H. BENNETT
on January 7, 2021 at 09:00 AM
at United States Courthouse
Courtroom 8C, 8th Floor
515 Rusk Avenue
Houston, Texas 77002

Additionally, in accordance with Federal Rule of Civil Procedure 4(m), Plaintiffs are hereby ORDERED to serve Defendants by November 28, 2021.

NOV 0 4 2021
Signed on _____ at Houston, Texas.

_____
Honorable Alfred H. Bennett
United States District Judge