UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Robert S. Bennett, Nachael Foster, Andrew Bayley and others similarly situated | § § § | |
| **Plaintiffs** | § § § § | CIVIL ACTION 4:21-cv-2829 |
| vs. | § § § § | |
| State Bar of Texas aka the "Texas Bar" (and culpable officials within it) | § § § | CLASS ACTION COMPLAINT |
| **Defendants** | | |

## NOTICE OF A RELATED CASE

1. Plaintiffs' counsel Rich Robins hereby files this Notice of a Related Case. It is for *McDonald v. Firth*, in which a petition for certiorari is sought from the U.S. Supreme Court. It is on appeal from the 5th Circuit Court of Federal Appeals, which ruled on July 2nd, 2021 that the State Bar of Texas has been violating compulsory members' constitutional rights to freedom of association and other liberties. The case's preceding name and citation are *McDonald v. Longley*, 4 F.4th 229 (5th Cir. 2021). Mrs. Firth is the latest president of the Texas Bar, whereas Mr. Longley was a previous one.

2. The U.S. Supreme Court assigned *McDonald v. Firth* a docket number on November 30th, 2021. It is **21-800**. Our class action is based on that overall case and we will be closely watching this new U.S. Supreme Court endeavor.

DATED: December 3rd, 2021

**Respectfully submitted**,

**Rich Robins**

1

                **Robins Legal Services, LLC**
                Federal registration #: 00789589
                Texas state bar #:   00789589
                2450 Louisiana St. #400-155
                Houston, TX 77006
                (832) 350-1030 Tel.
                Rich@TexasBarSunset.com
                www.TexasBarSunset.com

By:   _/s/ Rich Robins_
                Rich Robins
                Attorney-In-Charge

## CERTIFICATE OF SERVICE

    I, Rich Robins, do hereby, certify that by December 7th, 2021, we aspire to send a true and correct copy of the above and foregoing notice of a related case by certified mail to the Defendant State Bar of Texas aka the "Texas Bar" at:

**State Bar of Texas** aka the "Texas Bar"
Texas Law Center
1414 Colorado Street
Austin, Texas 78701

As the Texas Bar *already* offers a copy of the actual petition on its website TexasBar.com, rather than send them the voluminous petition itself, we will practice environmental conservation (unless someone in a position to object does so) by sending them the following link and docket number along with an invitation to please download presently available and future ones from there:

https://www.supremecourt.gov/search.aspx?filename=/docket/docketfiles/html/public/21-800.html

We have no doubt that they will be doing so anyway.

By: _____
Rich Robins
Attorney In Charge