United States District Court
Southern District of Texas
**ENTERED**
February 16, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROBERT S BENNETT, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. 4:21-CV-02829 |
| STATE BAR OF TEXAS, | § § | |
| Defendant. | § § | |

## ORDER

The Order denying Plaintiffs' Motion to Show Purported Authority of Legal Representatives (signed February 15, 2022 (DOC # 19), referenced the incorrect motion and is hereby RESCINED. A corrected order will follow.

Signed on February 16, 2022.

_____
Alfred H. Bennett
United States District Judge

1 / 1