United States District Court
Southern District of Texas
**ENTERED**
February 16, 2022
Nathan Ochsner, Clerk

THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ROBERT S. BENNETT, NACHAEL FOSTER, ANDREW BAYLEY, and others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>STATE BAR OF TEXAS,<br><br>　　　　Defendant. | CIVIL ACTION NO. 4:21-CV-02829 |

# ORDER

It is hereby ordered that Plaintiffs' Motion for an Extension to Respond to the Defendants' Pending Motions to Transfer and/or Dismiss is (Doc. #15) is DENIED. It is further ordered that Plaintiffs shall file any responses to Defendant's pending Motion to Dismiss and Motion to Transfer by or on March 11, 2022.

It is so ORDERED.

February 16, 2022
Date

_____
The Honorable Alfred H. Bennett
United States District Judge