# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| ROBERT S. BENNETT, NACHAEL FOSTER, ANDREW BAYLEY, and others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>STATE BAR OF TEXAS,<br><br>    Defendant. | Civil Action No. 4:21-cv-02829 |

## NOTICE OF DENIAL OF PETITIONS FOR CERTIORARI

Defendant advises the Court and counsel that, on April 5, 2022, the United States Supreme Court denied the petitions for certiorari in *McDonald v. Firth*, Nos. 21-800 and 21-974.

Dated: April 5, 2022

*Of Counsel:*
Thomas S. Leatherbury
State Bar No. 12095275
VINSON & ELKINS LLP
2001 Ross Avenue
Suite 3900
Dallas, TX 75201
Tel: (214) 220-7792
Fax: (214) 999-7792
tleatherbury@velaw.com

Morgan A. Kelley
State Bar No. 1617261
VINSON & ELKINS LLP
2200 Pennsylvania Avenue NW
Suite 500 West
Washington, DC 20037
Tel: (202) 639-6623
Fax: (202) 879-8934
mkelley@velaw.com

Respectfully submitted,

*/s/ Patrick W. Mizell*
Patrick W. Mizell
Attorney-in-Charge
State Bar No. 14233980
S.D. Tex. Bar No. 36390
VINSON & ELKINS LLP
845 Texas Avenue
Suite 4700
Houston, TX 77002
Tel: (713) 758-2932
Fax: (713) 615-5912
pmizell@velaw.com

*Counsel for Defendant State Bar of Texas*

1

## CERTIFICATE OF SERVICE

   I certify that on April 5, 2022, I electronically filed the foregoing notice with the Clerk of the Court for the U.S. District Court for the Southern District of Texas by using the Court's CM/ECF system, which will send notification of such filing to the following:

Richard Robins
2450 Louisiana St. #400-155
Houston, TX 77006
(713) 574-6279
rich@consumerrights.us

Dated: April 5, 2022           */s/ Patrick W. Mizell*
                  Patrick W. Mizell
                  *Counsel for Defendant State Bar of Texas*